UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61923-RAR

**VERONICA QUIROGA**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    Defendants.

_____/

### ORDER REQUIRING COMBINED RESPONSES AND GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Equifax Information Services, LLC, Hyundai Capital America, Inc., Healthcare Revenue Recovery Group, Alchro, Inc., and Portfolio Recovery Associates, LLC, have all been served with process. *See* Returns of Service [ECF Nos. 8-10, 14-15]. Additionally, Defendant Portfolio Recovery Associates, LLC filed an Amended Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 21] on October 6, 2021. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant Portfolio Recovery Associates, LLC's Amended Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 21] is **GRANTED**. Accordingly, all Defendants who have yet to file a response, including Portfolio Recovery Associates, LLC, shall submit a **single combined response or separate answers** on or before **November 6, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of October, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**