UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61923-RAR

**VERONICA QUIROGA**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On September 28, 2021, the Court entered an Order Requiring Joint Scheduling Report and Certificates of Interested Parties [ECF No. 5] ("JSR Order") requiring the parties to file a joint scheduling report and certificate(s) of interested parties by October 22, 2021. On October 5, 2021, Defendants Healthcare Revenue Recovery Group and Equifax Information Services, LLC filed their Certificate of Interested Parties and Corporate Disclosure Statement [ECF Nos. 22, 17]. However, to date, there is no indication that Plaintiff nor the remaining Defendants have filed a Certificate of Interested Parties or that the parties have filed a joint scheduling report. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall fully comply with the JSR Order on or before **November 12, 2021** and show good cause for their failure to comply with the JSR Order. Failure to comply with this Order may result in sanctions without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of November, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**