**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:21-cv-61923-RAR**

-----------------------------------------------------------------------x
Veronica Quiroga,

                Plaintiff,



       -against-

Equifax Information Services, LLC,
Hyundai Capital America, Inc.,
d/b/a Hyundai Motor Finance,
Healthcare Revenue Recovery Group,
d/b/a ARS Account Resolution Services,
Alchro, Inc.,
d/b/a First Federal Credit & Collections,
Portfolio Recovery Associates, LLC,

              Defendants.
-----------------------------------------------------------------------x


### RESPONSE TO ORDER TO SHOW CAUSE

1. On September 28, 2021 the Court entered an order requiring a joint scheduling report (docket entry 5) due by October 22, 2021.

2. A draft case management report was circulated amongst counsel on October 21, 2021.

3. Due in part to the number of parties involved in this case, it took time for the parties to finalize their report.

4. The report was filed on November 11, 2021.

5. All parties share some responsibility for not filing the report sooner, and apologize to the court for same.


Dated:  October 21, 2021                    Respectfully Submitted,

1

/s/Justin Zeig
Justin Zeig, Esq.
justin@zeiglawfirm.com
Zeig Law Firm, LLC
3475 Sheridan St, Ste 310
Hollywood, FL 33021
Tel: (754) 217-3084
Fax: (954) 272-7807
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 12, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Justin Zeig*
Justin Zeig, Esq.