UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61923-RAR

**VERONICA QUIROGA**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al*.,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Christopher E. Benjamin of Salmon and Dulberg on **March 28, 2022 at 10:00 A.M.** The mediation conference shall take place in person. Requests to appear virtually by videoconference or other remote means must be made by motion providing good cause. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of December, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE