UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61923-RAR

**VERONICA QUIROGA**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On December 7, 2021, the Court entered an Order Scheduling Mediation [ECF No. 40] for March 28, 2022 and requiring the parties to file a mediation report within seven (7) days of the mediation. To date, the parties have not filed a mediation report. It is therefore

**ORDERED AND ADJUDGED** that on or before **April 13, 2022**, the parties shall file a mediation report. Failure to comply with this Order will result in the entry of sanctions without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of April, 2022.

                                           **RODOLFO A. RUIZ II**
                                           **UNITED STATES DISTRICT JUDGE**